UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
FRANK A. CRISTAUDO

Plaintiff,

-against-

BUSINESS PAYMENT SYSTEMS LLC
et al.

Defendants.
-------------------------------------------------x

**DEFENDANTS' REPLY**

CASE NO. 2004 CV 08782 (PKC)

Defendants, BUSINESS PAYMENT SYSTEMS, LLC (hereinafter "BPS"), SAMUEL CHANIN (hereinafter "Chanin"), STEPHANIE LEE (hereinafter "Lee") and YITZCHOK BLAU (hereinafter "Blau") (or collectively "Defendants") by their undersigned attorneys, Daniel B. Faizakoff, P.C. as and for their Reply dated June 3, 2005 hereby allege as follows:

**<u>REPLY TO PLAINTIFF'S FIRST AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS</u>**

1. Defendants DENY, each and every allegation and contest the arguments of Paragraph 162 of Plaintiff's Reply to Defendants' Amended Verified Answer with Counterclaims. By way of further answer, the matters contained in Paragraph 162 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**<u>REPLY TO PLAINTIFF'S SECOND AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS</u>**

2. Defendants DENY, each and every allegation and contest the arguments of Paragraph 163 of Plaintiff's Reply to Defendants' Amended Verified Answer with

Counterclaims. By way of further answer, the matters contained in Paragraph 163 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**REPLY TO PLAINTIFF'S THIRD AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS**

3. Defendants DENY, each and every allegation and contest the arguments of Paragraph 164 of Plaintiff's Reply to Defendants' Amended Verified Answer with Counterclaims. By way of further answer, the matters contained in Paragraph 164 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**REPLY TO PLAINTIFF'S FOURTH AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS**

4. Defendants DENY, each and every allegation and contest the arguments of Paragraph 165 of Plaintiff's Reply to Defendants' Amended Verified Answer with Counterclaims. By way of further answer, the matters contained in Paragraph 165 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**REPLY TO PLAINTIFF'S FIFTH AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS**

5. Defendants DENY, each and every allegation and contest the arguments of Paragraph 166 of Plaintiff's Reply to Defendants' Amended Verified Answer with Counterclaims. By way of further answer, the matters contained in Paragraph 166 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**REPLY TO PLAINTIFF'S SIXTH AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS**

6. Defendants DENY, each and every allegation and contest the arguments of Paragraph 167 of Plaintiff's Reply to Defendants' Amended Verified Answer with

Counterclaims. By way of further answer, the matters contained in Paragraph 167 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**REPLY TO PLAINTIFF'S SEVENTH AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS**

7. Defendants DENY, each and every allegation and contest the arguments of Paragraph 168 of Plaintiff's Reply to Defendants' Amended Verified Answer with Counterclaims. By way of further answer, the matters contained in Paragraph 168 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**REPLY TO PLAINTIFF'S EIGHTH AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS**

8. Defendants DENY, each and every allegation and contest the arguments of Paragraph 169 of Plaintiff's Reply to Defendants' Amended Verified Answer with Counterclaims. By way of further answer, the matters contained in Paragraph 169 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**REPLY TO PLAINTIFF'S NINTH AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS**

9. Defendants DENY, each and every allegation and contest the arguments of Paragraph 170 of Plaintiff's Reply to Defendants' Amended Verified Answer with Counterclaims. By way of further answer, the matters contained in Paragraph 170 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**REPLY TO PLAINTIFF'S TENTH AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS**

10. Defendants DENY, each and every allegation and contest the arguments of Paragraph 171 of Plaintiff's Reply to Defendants' Amended Verified Answer with Counterclaims. By way of further answer, the matters contained in Paragraph 171 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**REPLY TO PLAINTIFF'S ELEVENTH AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS**

11. Defendants DENY, each and every allegation and contest the arguments of Paragraph 172 of Plaintiff's Reply to Defendants' Amended Verified Answer with Counterclaims. By way of further answer, the matters contained in Paragraph 172 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**REPLY TO PLAINTIFF'S TWELFTH AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS**

12. Defendants DENY, each and every allegation and contest the arguments of Paragraph 173 of Plaintiff's Reply to Defendants' Amended Verified Answer with Counterclaims. By way of further answer, the matters contained in Paragraph 173 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**REPLY TO PLAINTIFF'S THIRTEENTH AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS**

13. Defendants DENY, each and every allegation and contest the arguments of Paragraph 174 of Plaintiff's Reply to Defendants' Amended Verified Answer with

Counterclaims. By way of further answer, the matters contained in Paragraph 174 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**REPLY TO PLAINTIFF'S FOURTEENTH AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS**

14. Defendants DENY, each and every allegation and contest the arguments of Paragraph 175 of Plaintiff's Reply to Defendants' Amended Verified Answer with Counterclaims. By way of further answer, the matters contained in Paragraph 175 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**REPLY TO PLAINTIFF'S FIFTHTEEN AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS**

15. Defendants DENY, each and every allegation and contest the arguments of Paragraph 176 of Plaintiff's Reply to Defendants' Amended Verified Answer with Counterclaims. By way of further answer, the matters contained in Paragraph 176 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**REPLY TO PLAINTIFF'S SIXTEENTH AFFIRMATIVE DEFENSE TO THE DEFENDANTS' COUNTERCLAIMS**

16. Defendants DENY, each and every allegation and contest the arguments of Paragraph 177 of Plaintiff's Reply to Defendants' Amended Verified Answer with Counterclaims. By way of further answer, the matters contained in Paragraph 177 of Plaintiff's Reply consist of matters of law to which Defendants DENY.

**RELIEF REQUESTED**

WHEREFORE, Defendants prays that this Court dismiss any and all claims asserted against Defendants and adjudge and decree and enter judgment upon each counterclaim asserted against the Plaintiff and;

a. Requiring Plaintiff to account to the Defendants for all money received, directly or indirectly, from any third party in connection with the sale and/or license of the MIS at issue;

b. Entering an Order providing that Plaintiff shall be prohibited from: (i) using the MIS; (ii) reselling the Software; and/or (iii) disclosing any information whatsoever regarding the MIS to any third party;

c. Entering an Order providing that Plaintiff shall be prohibited from: (i) using Defendants' Trade Secrets; (ii) reselling the Trade Secrets; and/or (iii) disclosing any information whatsoever regarding the Trade Secrets to any third party;

d. Entering an Order that the Plaintiff, his respective agents, servants, employees, officers, attorneys, successors, and assigns, and all those persons in active concert or participation with each or any of them, be enjoined, during the pendency of this action, and permanently, from:

i. Directly or indirectly infringing the copyrights of the Defendants in any manner; and,

ii. Reproducing and causing, contributing to, or participating in, the unauthorized reproduction and the distribution to the public by sale

or other transfer of ownership, or by rental, lease, or lending, unauthorized reproductions of the Defendants' MIS;

iii. Reproducing and causing, contributing to, or participating in, the unauthorized reproduction and the distribution to the public by sale or other transfer of ownership, or by rental, lease, or lending, unauthorized reproductions of the Defendants' Trade Secrets;

d. That Plaintiff be required to pay to Defendants those economic and compensatory damages the Defendants have sustained in consequence of the Plaintiff's acts as alleged above, and to account for all gains, profits, and advantages derived by the Plaintiff by his actions in an amount to be determined by proof at trial but in any event no less than Seventy-five Thousand Dollars ($75,000.00).

e. That Plaintiff be required to pay to Defendants punitive and exemplary damages in an amount to be determined at trial but in any event no less than Seventy-five Thousand Dollars ($75,000.00) for Plaintiff's wanton, willful and malicious acts as alleged above.

f. That Plaintiff be required to deliver up, to be impounded during the pendency of this action and to deliver up for destruction any and all infringing unauthorized reproductions of Defendants' MIS;

g. That Plaintiff be required to deliver up, to be impounded during the pendency of this action and to deliver up for destruction any and all infringing unauthorized reproductions of Defendants' Trade Secrets;

h. That the Plaintiff pay to Defendants the costs and disbursements of this action, together with reasonable attorneys fees;

i. For prejudgment and post-judgment interest on those damages as allowed by law; and,

j. For all other relief that may be just and equitable.

Dated: June 17, 2005
New York, New York

Daniel B. Faizakoff, P.C.

By: /s/ Daniel B. Faizakoff

Daniel B. Faizakoff (DF 7887)
Attorneys for Defendants
150 Broadway, 14th Floor
New York, New York 10038
Telephone: (212) 619-3100
Facsimile: (212) 385-1916

**CERTIFICATION OF SERVICE**

I hereby certify that on this date I served the foregoing Reply to Defendants' Verified Answer upon counsel for the defendants, by filing same with the Court's Electronic Filing System, and mailing a copy of same, postage prepaid and properly addressed as follows:

Jerry S. Goldman
Law Offices of Jerry S. Goldman
& Associates, P.C.
111 Broadway - 13th floor
New York, New York 10006

/s/_ _ Daniel B. Faizakoff____
Daniel B. Faizakoff (7885)